**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| MIGDALIA VASQUEZ ETIDO INYANG, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-289 |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and THE BANK OF MISSOURI, | |
| Defendants. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice as to The Bank of Missouri, (doc. 20). The Joint Stipulation is signed by counsel for Plaintiff, counsel for Defendant Trans Union LLC, and counsel for Defendant The Bank of Missouri.[1] (Id.) Therein, the parties notify the Court that Plaintiff and The Bank of Missouri have stipulated to the dismissal of each claim and count asserted in this case by Plaintiff against The Bank of Missouri, and that each of them will bear their own attorney's fees, costs and expenses. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), The Bank of Missouri has been **DISMISSED with prejudice** from this action. The Court **DIRECTS** the Clerk of Court to terminate The Bank of Missouri from this case and to update the docket accordingly.

Additionally, Plaintiff has filed a Notice of Settlement as to Experian Information Solutions, Inc., (doc. 17), a Notice of Settlement as to Trans Union LLC, (doc. 18). In both of

---

[1] Defendant Experian Information Solutions, Inc., has not formally appeared in the action.

those filings, Plaintiff states that she and the specified Defendant have reached a settlement with regard to the case and are in the process of drafting and finalizing the settlement documents. (Docs. 17, 18.)  She states that, once the settlement documents are executed, the parties will file the appropriate dismissal documents. (Docs. 17, 18.)  As the two specified Defendants are the sole remaining Defendants in the case, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **forty-five (45) days**, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 7th day of February, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA